# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:11-cv-012-RJC--DSC

| | |
|---|---|
| ASGHAR OSCAR SAFARI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COOPER WIRING DEVICES, INC., and | ) |
| COOPER INDUSTRIES, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court following pro se Plaintiff's failure to respond to Defendants Cooper Wiring Devices and Cooper Industries, LLC's "Motion to Dismiss" (document # 5), wherein Defendants move to dismiss Plaintiff's Complaint for lack of personal jurisdiction and/or failure to state claim upon which relief can be granted.

Defense counsel has communicated to the Court telephonically that Plaintiff is still out of the country tending to a family matter and for that reason has been unable to retain counsel or file a response to the pending dispositive Motion. For that reason, and having conferred with the chambers of the Honorable Robert J. Conrad, Jr., the District Judge to whom this case is assigned, the Court will grant Plaintiff a final extension of time in which to file a response to the Motion to Dismiss.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's time to file a response to Defendants' "Motion to Dismiss" (document # 5) is extended to April 21, 2011.

2. The Clerk of Court is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.  Signed: March 21, 2011

David S. Cayer
United States Magistrate Judge