IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11-cv-012-RJC--DSC

| | |
|---|---|
| ASGHAR OSCAR SAFARI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COOPER WIRING DEVICES, INC., and | ) |
| COOPER INDUSTRIES, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on Defendant's "Motion for Special Admission [of Lisa R. Claxton]" (document #14). The special admission was requested in association with Julia M. Ebert, member of the bar of this Court who has also entered an appearance in this case. For good cause shown, Defendant's Motion is **GRANTED**.

**SO ORDERED**.                               Signed: April 26, 2011

David S. Cayer
United States Magistrate Judge