IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:11-cv-012-RJC--DSC

| | |
|---|---|
| ASGHAR OSCAR SAFARI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| COOPER WIRING DEVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Motion for Pro Hac Vice Admission [for Ellison F. McCoy]" (document #25) filed October 4, 2011. For the reasons set forth therein, the Motion is <u>granted</u>.

The Clerk shall send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 4, 2011

David S. Cayer
United States Magistrate Judge