# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Asghar Oscar Safari ,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                                       3:11cv12

Cooper Wiring Devises, Inc. ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

    Signed: April 13, 2012

*[signature]*

Frank G. Johns, Clerk
United States District Court